UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PAUL A. DESHONE,<br><br>　　　　　　　Plaintiff, | Case No. 21-cv-06649-PJH<br><br>**ORDER OF DISMISSAL** |

　　　　This case was opened when plaintiff, a Michigan state prisoner proceeding pro se, wrote a letter to the court.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice.  Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.

　　　　**IT IS SO ORDERED.**

Dated: October 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Phyllis J. Hamilton_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge